COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



MEMORANDUM ORDER

Appellate case name:     Princella V. Ross-Steels v. State of Texas

Appellate case number:   01-15-00120-CV

Trial court case number: 2012-43323

Trial court:             152nd District Court of Harris County

Appellant has filed a motion requesting access to the appellate record. The clerk's record was filed on March 10, 2015 and the trial court reporter has informed this Court that a reporter's record was not taken. We **grant** appellant's request for a copy of the record and direct the trial court clerk to send a copy of the clerk's record to appellant within 15 days of this order. Appellant may file a supplemental appellant's brief no later than **30 days from this order**.

It is so ORDERED.

Judge's signature: /s/ Jane Bland
                   ☑ Acting individually     ☐ Acting for the Court

Date: July 2, 2015